UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALICE NELSON ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK,<br><br>Defendant. | No. 2:22-cv-01799-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 6, 11) |

Plaintiff Mary Alice Nelson Rogers, proceeding *pro se*, initiated this civil action on October 11, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order (Doc. No. 6) be denied. (Doc. No. 11.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 6.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 3, 2022 (Doc. No. 11) are adopted in full; and

2. Plaintiff's motion for a temporary restraining order (Doc. No. 6) is denied.

IT IS SO ORDERED.

Dated: **June 27, 2023**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE